IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KHANIS-ORION MORNINGSTAR
ADC #164590                                                                                    PLAINTIFF

v.                              Case No. 4:19-cv-00212-KGB-JTK

WENDEY KELLEY, *et. al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Khanis-Orion Morningstar's complaint is dismissed without prejudice.

So adjudged this the 9th day of March, 2020.

_____
Kristine G. Baker
United States District Judge